**Monica L. Bermudez**
Attorney at Law, SBN 275434
1670 "M" Street
Bakersfield, CA 93301
Tel.: (661) 616-2141
Fax: (661) 322-7675

Attorney for:
FRANK RAMOS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-CR-00159-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER TO MODIFY DEFENDANT RAMOS' CONDITION OF RELEASE 7(N)** |
| FRANK RAMOS, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND JUSTIN GILIO, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, FRANK RAMOS, by and through his attorney of record, MONICA L. BERMUDEZ, and at the request of Pretrial Services, hereby moves that the court modify Mr. Ramos' condition of release 7(n), which currently reads: **HOME DETENTION**: "You must remain inside the residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf." The parties stipulate the modification to read as follows: **CURFEW:** "You must remain inside your residence every day from 9:00 p.m. to

1

6:00 a.m., or as adjusted by pretrial services officer for medical, religious services, employment or court-ordered obligations."

Mr. Ramos has been under Pretrial Services supervision for approximately seven months without incident. The parties stipulate that Mr. Ramos location monitoring condition be modified, and that all remaining conditions of his release should remain in effect. AUSA Justin Gilio and Pretrial Services Officer Frank Guerrero are aware of the request and have no objection.

**IT IS SO STIPULATED.**

DATED: June 28, 2021

Respectfully Submitted,
*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Frank Ramos

DATED: June 28, 2021

*/s/ Justin Gilio*
Justin Gilio
Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORDERED** that Frank Ramos's location monitoring condition be modified; however, Mr. Ramos must abide by all remaining conditions of his release.

IT IS SO ORDERED.

Dated: **June 30, 2021**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE