**Monica L. Bermudez**
Attorney at Law, SBN 275434
1670 "M" Street
Bakersfield, CA 93301
Tel.: (661) 616-2141
Fax: (661) 322-7675

Attorney for:
FRANK RAMOS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK RAMOS,<br><br>Defendants. | Case No. 1:20-CR-00159-NONE-SKO<br><br>**STIPULATION AND ORDER TO MODIFY DEFENDANT RAMOS' CONDITION OF RELEASE 7(N)** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND JUSTIN GILIO, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, FRANK RAMOS, by and through his attorney of record, MONICA L. BERMUDEZ, and at the request of Pretrial Services, hereby moves that the court to remove modified condition 7(n), which currently reads: **CURFEW:** "You must remain inside your residence every day from 9:00 p.m. to 6:00 a.m., or as adjusted by pretrial services officer for medical, religious services, employment or court-ordered obligations."

Mr. Ramos has been under Pretrial Services supervision for approximately eleven months without incident. The parties stipulate that Mr. Ramos location curfew requirements be removed and that all remaining conditions of his release should remain in effect. AUSA Justin Gilio and Pretrial Services Officer Frank Guerrero are aware of the request and have no objection.

**IT IS SO STIPULATED.**

DATED: November 15, 2021

Respectfully Submitted,
*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Frank Ramos

DATED: November 15, 2021

*/s/ Justin Gilio*
Justin Gilio
Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that Frank Ramos's curfew requirement under modified condition 7(n) be removed; however, Mr. Ramos must abide by all remaining conditions of his release.

Date: 11/16/2021

*/s/Sheila K. Oberto*
United States Magistrate Judge

2