**MONICA L. BERMUDEZ**
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Tel: (661)616-2141
Fax: (661)322-7675
Email: monica@lawbermudez.com

Attorney for:
Frank Ramos

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRANK RAMOS<br><br>    Defendant | Case No.: 1:20-CR-00159-JLT-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, FRANK RAMOS, hereby waives his/her appearance in person in open court upon the STATUS CONFERENCE set for JANUARY 18, 2023, at 1:00 p.m in Courtroom 7 of the above entitle court. Defendant hereby requests the court to proceed in his/her absence and agrees that his/her interest will be deemed represented at said hearing by the presence of his/her attorney, MONICA L. BERMUDEZ. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date:   January 12, 2023          */s/Frank Ramos*
                                   FRANK RAMOS


Date: January 12, 2023            */s/Monica L. Bermudez*
                                   MONICA L. BERMUDEZ
                                   Attorney for Defendant

DEFENDANTS REQUEST AND WAIVER OF APPEARANCE - 1

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant, FRANK RAMOS is hereby excused from appearing at this court hearing scheduled for JANUARY 18, 2023.

IT IS SO ORDERED

DATED:   1/12/2023

*Sheila K. Oberto*
_____
JUDGE SHEILA K. OBERTO