PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00159-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE, SET CHANGE OF PLEA HEARING; FINDINGS AND ORDER |
| v. | |
| FRANK RAMOS, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on January 23, 2024, and time was excluded from January 18, 2023, to January 23, 2024.

2. By this stipulation, the parties now move to vacate the trial date as to Frank Ramos only and set this case for a change of plea hearing on December 11, 2023. No time exclusion is required since time is already excluded through January 23, 2024.

IT IS SO STIPULATED.

Dated: October 11, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: October 11, 2023

/s/ Monica Bermudez
Monica Bermudez
Counsel for Defendant
FRANK RAMOS

**ORDER**

IT IS SO ORDERED.

Dated:   **October 12, 2023**

UNITED STATES DISTRICT JUDGE