MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Tel.: (661) 616-2141
Fax: (661) 322-7675
Email: Monica@lawbermudez.com

Attorney for Frank Ramos

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>v.<br><br>FRANK RAMOS,<br><br>                           Defendant. | CASE NO. 1:20-CR00159- JLT<br><br>STIPULATION TO CONTINUE SENTENCING<br><br>DATE: May 20, 2024<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Jennifer L. Thurston |

**STIPULATION**

   Frank Ramos, by and through his counsel, Monica L. Bermudez and The United States of America, by and through its counsel of record, hereby stipulate as follows:

   1.   By previous order, this matter was set for sentencing on March 11, 2024 at 8:30 a.m.

   2.   By this stipulation, the parties move to continue sentencing for the defendant until May 20, 2024 at 9:00  a.m.

   3.   The parties request the continuance so that counsel for Mr. Ramos can have additional time to prepare a sentencing memorandum on Mr. Ramos' behalf. The parties therefore stipulate and request that the current date set for sentencing be vacated and that the matter be reset for sentencing on May 20, 2024 at 9:00 a.m.

1

4. The parties further stipulate and request that the deadlines set for informal objections to the Probation Office and formal objections to the Court be reset in accordance with the continued sentencing date.

IT IS SO STIPULATED.

DATED: March 6, 2024

/s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
FRANK RAMOS

DATED: March 6, 2024

/s/ Justin Gilio
JUSTIN GILIO
Assistant United States Attorney

**O R D E R**

IT IS SO FOUND
IT IS SO ORDERED.

Dated:   **March 7, 2024**

UNITED STATES DISTRICT JUDGE

2