MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone:  (661) 616-2141
Facsimile:   (661) 322-7675
Email: monica@lawbermudez.com

Attorney for the Defendant
FRANK RAMOS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>v.<br><br>FRANK RAMOS,<br><br>                                   Defendants. | CASE NO. 1:20-CR-00159 JLT-SKO<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING<br><br>DATE:  May 20, 2024<br>TIME:   9:00 A.M.<br>JUDGE: HONORABLE THURSTON |

**STIPULATION**

Frank Ramos, by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1.  By previous order, this matter was set for sentencing on May 20, 2024, at 9:00 a.m. Counsel is requesting this matter be continued to July 1, 2024.

2.  On May 6, 2024, I appeared before the Honorable Judge Gloria Cannon in the matter of *People v. Rantez Brown* BF193292A in the Kern County Superior Court for a preliminary hearing.

3.  The People were not ready to proceed to preliminary hearing on May 6, 2024. My client, Mr. Brown, would not enter into a time waiver for his preliminary hearing so the Court set the

matter for May 20, 2024.

4.  Due to this scheduling conflict, I am requesting a brief continuance of Mr. Ramos'

sentencing.

5.  I have spoken to AUSA Justin Gilio and he has no objection to the continuance.

**IT IS SO STIPULATED.**

DATED: May 14, 2024

　　　　　　　　　　　　　　　　　　　*/s/ Monica L. Bermudez*
　　　　　　　　　　　　　　　　　　　MONICA L. BERMUDEZ
　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　Frank Ramos

DATED: May 14, 2024

　　　　　　　　　　　　　　　　　　　*/s/Justin Gilio*
　　　　　　　　　　　　　　　　　　　JUSTIN GILIO
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

## O R D E R

**IT IS SO ORDERED** that the sentencing set on May 20, 2024, be vacated and reset to **July 1, 2024, at 9:00 a.m.**

IT IS SO ORDERED.

Dated:　**May 14, 2024**　　　　　　　　　　　　　　　　　

UNITED STATES DISTRICT JUDGE

2