MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675
Email: monica@lawbermudez.com

Attorney for the Defendant
FRANK RAMOS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00159 JLT-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | DATE: July 1, 2024 |
| FRANK RAMOS, | TIME: 9:00 A.M. |
| Defendants. | JUDGE: HONORABLE THURSTON |

**STIPULATION**

Frank Ramos, by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. By previous order, this matter was set for sentencing on July 1, 2024, at 9:00 a.m. Counsel is requesting this matter be continued to July 29, 2024.

2. Counsel is requesting additional time to obtain pertinent information from Mr. Ramos in order to prepare and file a sentencing memorandum.

3. Due to this scheduling conflict, I am requesting a brief continuance of Mr. Ramos' sentencing.

4. I have spoken to AUSA Justin Gilio and he has no objection to the continuance.

1

**IT IS SO STIPULATED.**

DATED: June 26, 2024

                          */s/ Monica L. Bermudez*
                          MONICA L. BERMUDEZ
                          Counsel for Defendant
                          Frank Ramos

DATED: June 26, 2024

                          */s/Justin Gilio*
                          JUSTIN GILIO
                          Assistant United States Attorney

## O R D E R

**IT IS SO ORDERED** that the sentencing set on July 1, 2024, be vacated and reset to **July 29, 2024, at 9:00 a.m.**

IT IS SO ORDERED.

Dated: __**June 26, 2024**__                           /s/ Jennifer L. Thurston
                                                           UNITED STATES DISTRICT JUDGE