MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675
Email: monica@lawbermudez.com

Attorney for the Defendant
FRANK RAMOS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>FRANK RAMOS,<br><br>　　　　　　　　Defendants. | CASE NO. 1:20-CR-00159 JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>DATE: September 9, 2024<br>TIME: 9:00 A.M.<br>JUDGE: HONORABLE THURSTON |

**STIPULATION**

　　Frank Ramos, by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. By previous order, this matter was set for sentencing on July 29, 2024, at 9:00 a.m. Counsel is requesting this matter be continued to September 9, 2024.

2. Additional time is needed for Mr. Ramos to complete all sentencing requirements.

3. I have spoken to AUSA Justin Gilio and he has no objection to the continuance.

1

**IT IS SO STIPULATED.**

DATED: July 22, 2024

                                           */s/ Monica L. Bermudez*
                                           MONICA L. BERMUDEZ
                                           Counsel for Defendant
                                           Yovany Ramirez

DATED: July 22, 2024

                                           */s/Justin Gilio*
                                           JUSTIN GILIO
                                           Assistant United States Attorney

## O R D E R

**IT IS SO ORDERED** that the sentencing set on July 29, 2024, be vacated and reset to **September 9, 2024, at 9:00 a.m.**

IT IS SO ORDERED.

Dated:  **July 24, 2024**                                                     
UNITED STATES DISTRICT JUDGE

2