MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1340 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
FRANK RAMOS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>FRANK RAMOS<br><br>　　　　　　　　Defendants. | CASE NO. 1:20-CR-00159 JLT-SKO-3<br><br>[PROPOSED] STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: September 9, 2024<br>TIME: 9:00 A.M.<br>JUDGE: HONORABLE THURSTON |

**STIPULATION**

　　　Frank Ramos, by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. By previous order, this matter was set for sentencing on September 9, 2024, at 9:00 a.m.

2. Counsel for Mr. Ramos has been engaged in a multi-defendant homicide trial in the matter of *People v. Kindle, et al., BF193990A*, in the Kern County Superior Court since August 15, 2024.

3. Trial was anticipated to conclude early September, however Mr. Kindle tested positive for COVID-19 which has postponed trial until September 5, 2024.

4. I anticipate trial concluding mid-September and therefore will not be available to proceed

1

with Mr. Ramos' sentencing on September 9, 2024.

5. Accordingly, the parties stipulate to continue the defendant's sentencing from September 9, 2024, to December 2, 2024.

6. Counsel has spoken to AUSA Justin Gilio and he has no objection to the continuance.

7. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. Counsel believes good causes exists for the continuance of the sentencing to afford time for the defense to file its pre-sentencing papers to address matters necessary to be prepare for sentencing.

**IT IS SO STIPULATED.**

DATED: September 3, 2024

/s/ *Monica L. Bermudez*
MONICA L. BERMUDEZ
Counsel for Defendant
FRANK RAMOS

DATED: September 3, 2024

/s/Justin Gilio
JUSTIN GILIO
Assistant United States Attorney

# O R D E R

**IT IS SO ORDERED** that the sentencing set on September 9, 2024, be vacated and reset to **December 2, 2024.**

IT IS SO ORDERED.

Dated:   **September 3, 2024**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

2