MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
FRANK RAMOS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00159 JLT-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | |
| FRANK RAMOS, | DATE: December 2, 2024<br>TIME: 9:00 a.m. |
| Defendants. | |

**STIPULATION**

Frank Ramos, by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. This matter is set for sentencing on December 2, 2024 (Doc. 126).

2. Counsel commenced jury trial on November 20, 2024, in the matter of *People v. Tanjae Smith; BF193067A* in the Kern County Superior Court before the Honorable Kenneth Twisselman. Trial is anticipated to last until the first week of January 2025.

3. Mr. Smith is charged with 10 counts of attempted murder, 10 counts of assault, and other various charges which carry an indeterminate life sentence.

1

4.  Due to Defense Counsel's unavailability, Counsel believes good cause exists to continue Mr. Ramos' sentencing to February 10, 2025.

**IT IS SO STIPULATED.**

DATED: November 25, 2024

      */s/ Monica L. Bermudez*
      MONICA L. BERMUDEZ
      Counsel for Defendant
      Frank Ramos

DATED: November 25, 2024

      */s/ Justin Gilio*
      JUSTIN GILIO
      Assistant United States Attorney

## O R D E R

**IT IS SO ORDERED** that the sentencing set on December 2, 2024, be vacated and reset to February 10, 2025.

IT IS SO ORDERED.

Dated:   **November 25, 2024**

UNITED STATES DISTRICT JUDGE