1  Monica L. Bermudez, BAR #275434
   Attorney at Law
2  1304 "L" St
   Bakersfield, CA 93306
3  Telephone: 661-616-2141
   monica@lawbermudez.com
4

5  Attorney for Defendant Frank Ramos

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,            No. 1:20-cr-00159

11              Plaintiff,

                                          **MOTION TO TERMINATE CJA**
12        v.                              **APPOINTMENT OF MONICA L BERMUDEZ**
                                          **AS ATTORNEY OF RECORD ORDER**
13   Frank Ramos

14              Defendant.

15

16

17

18        On September 10, 2020, Defendant Frank Ramos was indicted on federal charges.  CJA

19   Panel Attorney Monica L. Bermudez was appointed as counsel to represent Mr. Ramos in his

     criminal case on December 21, 2020.  Mr. Ramos was sentenced pursuant to a plea agreement on
20
     February 10, 2025.  The time for filing a direct appeal was February 25, 2025.  No direct appeal
21
     was filed, and he was not in custody at sentencing.  Mr. Ramos criminal case has now therefore
22
     come to an end.  Having completed her representation of Mr. Ramos, CJA attorney Monica L.
23
     Bermudez now moves to terminate her appointment under the Criminal Justice Act.
24

25
     Should Mr. Ramos require further legal assistance he has been advised to contact the Office of the
26
     Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330,
27

28

1    Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if

2    appropriate, will arrange for the re-appointment of counsel to assist her.

3

4    Dated: 04/23/2025                                    Respectfully submitted,

5                                                         /s/ *Monica L. Bermudez*
                                                          Monica L. Bermudez,
6                                                         Attorney for Defendant
                                                          Frank Ramos
7

8                                              **ORDER**

9

10           Having reviewed the notice and found that attorney Monica L. Bermudez has completed

      the services for which she was appointed, the Court hereby grants attorney Monica L.
11
      Bermudez's request for leave to withdraw as defense counsel in this matter.  Should Defendant
12
      seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender
13
      for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The
14
      phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If
15
      appropriate, the office will arrange for the reappointment of counsel to assist Defendant.
16

17
             The Clerk of Court is directed to serve a copy of this order on Defendant Frank Ramos at
18
      the following address and to update the docket to reflect Defendant's pro se status and contact
19
      information.
20
      FPC Montgomery
21
      Frank Ramos Register Number: 22822-509
22
      Maxwell Air Force Base
23
      Montgomery, AL 36112
24

25    IT IS SO ORDERED.

26       Dated:   **April 25, 2025**

27                                                       UNITED STATES DISTRICT JUDGE

28